**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Ernesto Sanchez, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 18 C 7503** |
| | ) | |
| **Village of Bolingbrook, et al,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Motion for leave to proceed *in forma pauperis* [4] is granted in part and denied in part. Plaintiff's resources are modest, but the court directs him to pay a reduced filing fee of $30 within 30 days. Plaintiff is directed to complete a USM-285 form for each of the Defendants to enable the Marshals Service to serve them with the summons and complaint. USMS is directed to serve process on the Defendants. Status is set for January 15, 2019 at 9:00 a.m., courtroom 2141.

ENTER:

Dated: November 15, 2018

REBECCA R. PALLMEYER
United States District Judge